UNITED STATES of America,
Plaintiff—Appellee,

v.

Marvin R. ANDERSON, a/k/a Ronnie
Anderson, Defendant—Appellant.

No. 04–6250.

United States Court of Appeals,
Fourth Circuit.

Submitted June 10, 2004.

Decided June 17, 2004.

Marvin R. Anderson, Appellant pro se.
John Lanier File, Office of the United
States Attorney, Beckley, West Virginia,
for Appellee.

Before WILLIAMS and TRAXLER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Marvin R. Anderson seeks to appeal the
district court's order denying relief on his
motion filed under 28 U.S.C. § 2255 (2000).
The district court referred the case to a
magistrate judge pursuant to 28 U.S.C.
§ 636(b)(1)(b) (2000). The magistrate
judge recommended that relief be denied
and advised Anderson that the failure to
file specific objections to this recommenda-
tion could waive appellate review of a dis-
trict court order based on the recommen-
dation. Despite this warning, Anderson
failed to object in specific terms to the
magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned that
failure to object will waive appellate re-
view. *See Wright v. Collins,* 766 F.2d 841,
845–46 (4th Cir.1985); *see also Thomas v.
Arn,* 474 U.S. 140, 106 S.Ct. 466, 88
L.Ed.2d 435 (1985). Anderson has waived
appellate review by failing to file specific
objections after receiving proper notice.
Accordingly, we deny Anderson's motion
for a certificate of appealability and dis-
miss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*